# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

JUDITH A. REDDEN,                                  Civil No. 15-1640 (JRT/JSM)

        Plaintiff,

v.                                                **ORDER**

GURSTEL CHARGO, P.A.,

        Defendant.

---

    Mitchell R. Hadler, **LAW OFFICE OF MITCHELL R. HADLER,** 222 Ninth Street South 1600, Minneapolis, MN 55402, for plaintiff.

    Andrew D. Wold, **GURSTEL CHARGO PA,** 6681 Country Club Drive, Golden Valley, MN 55427, for defendant.

It appears that more than 120 days have elapsed since suit was filed and that no answer has been filed by Defendant Gurstel Chargo, P. A.

The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed.  The Court does not permit counsel by agreement to extend the time for filing an answer or other pleading, although an initial motion for extension of time will be liberally considered by the Court in the absence of any objection by opposing counsel.

Accordingly, counsel for plaintiff is directed to:

1.  Notify defense counsel immediately that he/she is required to make an appearance or move for an extension of time to do so;

2.  File an application for entry of default unless the required pleading is filed

within 10 days; or

    3.  Advise the Court in writing of any good cause to the contrary.

Unless plaintiff's counsel complies with this order within 20 days of this date, this case will be dismissed for lack of prosecution.

DATED:  March 15, 2016  
at Minneapolis, Minnesota                                 _____ s/John R. Tunheim _____  
                                                           JOHN R. TUNHEIM  
                                                                 Chief Judge  
                                                 United States District Court